### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **DEANDRE FULLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 15-00296-CG-C** |
| | ) | |
| **RONALD JONES, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendants motions for summary judgment and Plaintiff's motion for judgment and dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of all Defendants in this case and against Plaintiff, **Deandre Fuller**, and this case is hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against Plaintiff.

**DONE** and **ORDERED** this 3rd day of February, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE